ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SUSAN L. SMITH, CSBN 253808
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone:  (415) 977-8973
    Facsimile:  (415) 744-0134
    Email:  Susan.L.Smith@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN E. HAWKINS, | ) Case No.: 2:12-cv-09504-OP |
| | ) |
| Plaintiff, | ) |
| | ) **JUDGMENT OF REMAND** |
| v. | ) |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

The Court having approved the parties' stipulation to remand this case pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent with that stipulation and for entry of judgment for Plaintiff, judgment is hereby entered for Plaintiff.

DATED:  4/1/13

HON. OSWALD PARADA
UNITED STATES MAGISTRATE JUDGE